\*\*E-filed 10/13/06\*\*

1  Larry M. Golub (110545), lgolub@barwol.com
   Vivian I. Orlando (213833), vorlando@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Plaintiff
   Steadfast Insurance Company

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| 12  STEADFAST INSURANCE COMPANY, a Delaware corporation, | CASE NO.: C 06-2063 JF (RS) |
| 13 | (Hon. Jeremy Fogel) |
| 14        Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE |
| 15   vs. | |
| 16  DOUGLAS ROSS CONSTRUCTION, INC., a California corporation, | |
| 17        Defendants. | |
| 18 | [Concurrently filed with Request and Declaration of Larry M. Golub attached thereto] |
| 19 | |
| 20 | **[Pursuant to Northern District Civil L.R. 16-10(a)]** |
| 21 | Complaint filed: March 20, 2006 |
| 22 | **Case Management Conference**: |
| 23 | Date:   October 20, 2006<br>Time:   10:30 a.m.<br>Ctrm.:  3, 5th Fl. |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE - CASE NO. C 06 2063 JF (RS)

Plaintiff Steadfast Insurance Company's ("Steadfast") request to allow its counsel to appear telephonically at the Case Management Conference in this case was time timely filed in accordance with Northern District Civil Local Rule 16-10(a).

After reviewing Steadfast's request, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT STEADFAST'S REQUEST IS GRANTED.**

Lead trial counsel for Steadfast, Larry M. Golub, is permitted to appear telephonically at the initial Case Management Conference scheduled in this action for October 20, 2006 at 10:30 a.m.

**IT IS FURTHER ORDERED** that Mr. Golub shall contact the Court Call at the following phone number: 866-582-6878, 24 hours in advance of the ~~minutes before the 10:30 a.m.~~ Case Management Conference to make his appearance.

**IT IS SO ORDERED.**

Dated: October 13, 2006

By: _/s/_
UNITED STATES DISTRICT COURT
JUDGE FOR THE NORTHERN
DISTRICT OF CALIFORNIA

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE - CASE NO. C 06 2063 JF (RS)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800