**E-filed 1/17/07**

Larry M. Golub (110545), lgolub@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Steadfast Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS ROSS CONSTRUCTION, INC., a California corporation,<br><br>Defendants. | CASE NO.: C 06-2063 JF (RS)<br><br>(Hon. Jeremy Fogel)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>[Concurrently filed with Request and Declaration of Larry M. Golub attached thereto]<br><br>**[Pursuant to Northern District Civil L.R. 16-10(a)]**<br><br>Complaint filed: March 20, 2006<br><br><u>**Case Management Conference**</u>:<br>Date:   January 19, 2007<br>Time:   10:30 a.m.<br>Ctrm.:  3, 5th Fl. |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE - CASE NO. C 06 2063 JF (RS)

1  Plaintiff Steadfast Insurance Company's ("Steadfast") request to allow its counsel to
2  appear telephonically at the Case Management Conference in this case was time timely filed in
3  accordance with Northern District Civil Local Rule 16-10(a).
4  After reviewing Steadfast's request, and valid cause appearing therefor, **IT IS HEREBY**
5  **ORDERED THAT STEADFAST'S REQUEST IS GRANTED.**
6  Lead trial counsel for Steadfast, Larry M. Golub, is permitted to appear telephonically at
7  the Case Management Conference scheduled in this action for January 19, 2007 at 10:30 a.m.
8  **IT IS FURTHER ORDERED** that Mr. Golub shall contact Court Call at the following
9  phone number: _1-866-582-6878_____, at least _8_ hours in advance of the Case
10  Management Conference to schedule his appearance.
11  **IT IS SO ORDERED.**

14  Dated: __1/16_____, 2007

By: _____
UNITED STATES DISTRICT COURT
JUDGE FOR THE NORTHERN
DISTRICT OF CALIFORNIA
JEREMY FOGEL

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE - CASE NO. C 06 2063 JF (RS)

# PROOF OF SERVICE
*Steadfast Ins. Co. v. Douglas Ross Construction, Inc.*
United States District Court- Northern District of California, Case No.: C 06 2063 JF (RS)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West 5th Street, 47th Floor, Los Angeles, California 90071.

On **January 3, 2007**, I served the foregoing document(s) described **[PROPOSED] ORDER GRANTING PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated below:

George D. Yaron, Esq.
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, CA 94108-2826
Tel: (415) 658-2929

**[ ] OVERNIGHT VIA FEDERAL EXPRESS**

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

**[X] BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] BY FACSIMILE**

[ ]   By transmitting an accurate copy via facsimile to the person and telephone number as listed above.

[X]   **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **January 3, 2007.**

*Anita Varela*
ANITA VARELA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PROOF OF SERVICE - CASE NO. C 06 2063 JF (RS)