\*\*E-filed 1/22/07\*\*

1  GEORGE D. YARON, ESQ. (State Bar #96246)
   NICHOLAS J. BOOS, ESQ. (State Bar #233399)
2  **YARON & ASSOCIATES**
   601 California Street, 21st Floor
3  San Francisco, California 94108-2826
   Telephone: (415) 658-2929
4  Facsimile: (415) 658-2930

5  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEADFAST INSURANCE COMPANY, a Delaware corporation, | ) ) ) | CASE NO. C06-2063-JF |
|---|---|---|
| Plaintiffs | ) ) ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| v. | ) ) | |
| DOUGLAS ROSS CONSTRUCTION, INC., a California corporation, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the Further Case Management Conference currently scheduled for January 19, 2007, at 10:30 a.m., shall be continued to February 23, 2007, at 10:30 a.m.

///

///

///

///

///

///

---

STIPULATION AND [PROPOSED] ORDER          -1-
G:\2906\Pleadings\Stipulation.CMC.wpd

| | | |
|---|---|---|
| 1 | DATED: January ___, 2007 | YARON & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | GEORGE D. YARON |
| 5 | | NICHOLAS J. BOOS<br>Attorneys for Defendant |
| 6 | | Douglas Ross Construction, Inc. |
| 7 | | |
| 8 | DATED: January 17, 2007 | BARGER & WOLEN LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | LARRY GOLUB<br>Attorney for Plaintiff |
| 12 | | Steadfast Insurance Company |
| 13 | | **ORDER** |
| 14 | **IT IS SO ORDERED.** | |
| 15 | | |
| 16 | DATED: January 19, 2007 | |
| 17 | | _____ |
| 18 | | HON. JEREMY FOGEL |

STIPULATION AND [PROPOSED] ORDER                -2-
G:\2906\Pleadings\Stipulation.CMC.wpd