Larry M. Golub (110545), lgolub@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Steadfast Insurance Company

**E-filed 3/8/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS ROSS CONSTRUCTION, INC., a California corporation,<br><br>Defendants. | CASE NO.: C 06-2063 JF (RS)<br><br>(Hon. Jeremy Fogel)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>Complaint filed: March 20, 2006 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL - CASE NO. C 06 2063 JF (RS)

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). The parties shall bear their own attorneys' fees and costs.

Dated: February 2͞5, 2007

BARGER & WOLEN LLP

By: _____
LARRY M. GOLUB
VIVIAN I. ORLANDO
Attorneys for Plaintiff
Steadfast Insurance Company

Dated: February 22, 2007

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
NICHOLAS BOOS
Attorneys for Defendant
Douglas Ross Construction, Inc

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL - CASE NO. C 06 2063 JF (RS)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER RE: DISMISSAL

The parties, by and through their attorneys of record, having stipulated to a dismissal of the entire action with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties. All parties shall bear their own attorneys' fees and costs.

DATED: 3/8/07

UNITED STATES DISTRICT COURT JUDGE
JEREMY FOGEL

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL - CASE NO. C 06 2063 JF (RS)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
*Steadfast Ins. Co. v. Douglas Ross Construction, Inc.*
United States District Court- Northern District of California, Case No.: C 06 2063 JF (RS)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West 5th Street, 47th Floor, Los Angeles, California 90071.

On **February 26, 2007**, I served the foregoing document(s) described **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated below:

George D. Yaron, Esq.
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, CA 94108-2826
Tel: (415) 658-2929

[ ] **OVERNIGHT VIA FEDERAL EXPRESS**

    [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[X] **BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**

    [ ] By transmitting an accurate copy via facsimile to the person and telephone number as listed above.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **February 26, 2007**.

*Anita Varela*
ANITA VARELA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800